Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Grace A. Rawlins
grawlins@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Intersell Ventures, LLC.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERSELL VENTURES, LLC,<br><br>*Plaintiff*<br><br>v.<br><br>1688 FACTORY DIRECT STORE STORE, 3C WORLD AD STORE, A+ DROPSHIP STORE, ALI-YY28 STORE, AUTO91 STORE STORE, BEAUTIFUL GYM STORE, BOFACARRY FLAGSHIP STORE, BRILLIANT HOUSE DROPSHIPPING STORE, BTSSPORT STORE, CADDYS STORE, CAMPING ADVENTURE STORE, CAMPING LANTERN STORE, CHOICE FOR DROPSHIPPING STORE, CYNWARM HOUSE STORE, E NEW GATE STORE, EPROLO OVERSEA STORE, EVERYDAY SPORTING STORE, FANTASTIC BABY, GLOBAL DROPSHIP 3 STORE, GLOBAL MADE BOUTIQUE STORE, GUANGZHOU HUANDONG INTERNATIONAL TRADE CO., LTD., GUIZHOU LESITE INTERNATIONAL TRADE CO., LTD., HANGZHOU CONWAY IMPORT & EXPORT CO., LTD., HAPPINESS CASTLE STORE, HIGHEST | **CIVIL ACTION NO.**<br>**25-cv-408 (DEH)**<br><br><br>**UNSEALING ORDER** |

1

CLIMBER STORE, HOT EXTREME SPORTING STORE, KEEPING HEALTH SPORTS STORE, KEEP-RUNNING DROPSHIPPING STORE STORE, KEEP-RUNNING STORE, LITTLE ROMEY STORE, NANJING GORILLA INTERNATIONAL TRADE CO., LTD., OUTDOOR DROPSHIPPINGS STORE, OUTDOOR ENJOYING STORE, OUTDOOR SPORTWORLD STORE, OUTDOOR-SPORT FITNESS STORE, PROOUTDOOR STORE, SHANGRAO ACTEARLIER CO., LTD., SHOP1102928665 STORE, SHOP1102980160 STORE, SHOP1103287323 STORE, SHOP1103336634 STORE, SHOP1103352127 STORE, SHOP1103353168 STORE, SHOP1103379130 STORE, SHOP1103411029 STORE, SHOP1103413022 STORE, SHOP1103774488 STORE, SOLONG STORE, SPORTWORLD STORE, START JOURNEY STORE, TINYTOOISGO STORE, TJTECHNOLOGY STORE, TOP OUTDOOR CAMPING STORE, TOP SPORTS TECH STORE, TOP-CHOICE DROPSHIPPING STORE, TOYS WITH LOVE STORE, UNIQUE OUTDOOR SPORTING STORE, YIWU CUJU TRADE CO., LTD., YIWU FANHUA CULTURE AND SPORT CO., LTD., YIWU MUEN TRADING CO., LTD. and YOUNGTIME SPORT STORE,

*Defendants*

2

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this __11__ day of ___February___, 2025, at __2:04__ _p.m.
New York, New York

_____
HON. DALE E. HO
UNITED STATES DISTRICT JUDGE