UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Intersell Ventures, LLC,<br><br>                                   Plaintiff,<br><br>                    v.<br><br>1688 Factory Direct Store Store, et al.,<br><br>                                   Defendants. | 25 Civ. 408 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

Due to a conflict in the Court's calendar, the conference scheduled for **February 13, 2025, at 11:30 a.m. ET is RESCHEDULED to February 12, 2025, at 12:00 p.m. ET**.  The conference will be held over Microsoft Teams.  The parties shall join by calling (646) 453-4442 and entering the Conference ID: 252 498 359, followed by the pound (#) sign.

Plaintiff shall file proof of service on Defendants and proof of service of this Order via ECF.

SO ORDERED.

Dated: February 11, 2025
       New York, New York

_____
DALE E. HO
United States District Judge