UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Intersell Ventures LLC,

Plaintiff(s),

v.

1688 Factory Direct Store Store et al.,

Defendant(s).

25-CV-408 (DEH)

ORDER

DALE E. HO, United States District Judge:

On **August 6, 2026**, Plaintiff filed a certificate of default relating to the Defendants remaining in this case. *See* ECF No. 37. As noted on the docket, by **August 14, 2026,** Plaintiff shall file a motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). *See* ECF No. 33.

It is hereby ORDERED that Defendants shall file any opposition to the motion for default judgment by **August 28, 2026**. Defendants are cautioned that corporate entities may appear in federal court only through licensed counsel, *see Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007), and where such an entity "repeatedly fails to appear by counsel, a default judgment may be entered against it," *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) (internal quotation marks omitted).

It is further ORDERED that Defendants appear and show cause before this Court on **September 10, 2026**, at **3:30 P.M.**, why an order should not be issued granting a default judgment against Defendant. Unless and until the Court orders otherwise, the conference will be held remotely by telephone in accordance with Paragraph 3.B of the Court's Individual Rules and Practices in Civil Cases. The parties should join the conference by calling the Court's dedicated conference line at (646) 453-4442 and using access code 347 033 373, followed by the pound (#) key. No later than Thursday the week prior to the conference date, Plaintiffs must file the proposed default judgment order electronically, using the ECF Filing Event "Proposed Default Judgment," for the Clerk's approval.

In the event that one or more Defendants appear or oppose the motion for default judgment prior to that date, the parties shall prepare to treat that conference as the initial pretrial conference. That is, if Defendant appears, opposes the motion, or seeks a *nunc pro tunc* extension of time to respond to the complaint, then the parties — including Defendant — shall follow the pre-conference procedures specified in Paragraph 3.C in the Court's Individual Rules and Practices in Civil Cases including by submitting a joint letter addressing certain topics and a proposed case management plan no later than **September 3, 2026**.

It is further ORDERED that Plaintiff electronically serve Defendants with (1) a copy of the motion for default judgment and all supporting papers; and (2) a copy of this Order by **within**

**one business day of the filing of each document**. In each case, within **two business days of service,** Plaintiffs must file proof of such service on the docket.

SO ORDERED.

Dated: August 7, 2026
New York, New York

DALE E. HO
United States District Judge