Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Melissa J. Levine
mlevine@ipcounselors.com
EPSTEIN DRANGEL LLP
6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Intersell Ventures, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTERSELL VENTURES, LLC,

*Plaintiff*

v.

1688 FACTORY DIRECT STORE STORE, 3C WORLD AD STORE, A+ DROPSHIP STORE, ALI-YY28 STORE, AUTO91 STORE STORE, BEAUTIFUL GYM STORE, BOFACARRY FLAGSHIP STORE, BRILLIANT HOUSE DROPSHIPPING STORE, BTSSPORT STORE, CADDYS STORE, CAMPING ADVENTURE STORE, CAMPING LANTERN STORE, CHOICE FOR DROPSHIPPING STORE, CYNWARM HOUSE STORE, E NEW GATE STORE, EPROLO OVERSEA STORE, EVERYDAY SPORTING STORE, FANTASTIC BABY, GLOBAL DROPSHIP 3 STORE, GLOBAL MADE BOUTIQUE STORE, GUANGZHOU HUANDONG INTERNATIONAL TRADE CO., LTD., GUIZHOU LESITE INTERNATIONAL TRADE CO., LTD., HANGZHOU CONWAY IMPORT & EXPORT CO., LTD., HAPPINESS CASTLE STORE, HIGHEST CLIMBER STORE, HOT EXTREME SPORTING STORE, KEEPING HEALTH SPORTS STORE, KEEP-

**CIVIL ACTION NO.**
**25-cv-408 (DEH)**

**[PROPOSED]**
**FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION ORDER**

RUNNING DROPSHIPPING STORE STORE, KEEP-RUNNING STORE, LITTLE ROMEY STORE, NANJING GORILLA INTERNATIONAL TRADE CO., LTD., OUTDOOR DROPSHIPPINGS STORE, OUTDOOR ENJOYING STORE, OUTDOOR SPORTWORLD STORE, OUTDOOR-SPORT FITNESS STORE, PROOUTDOOR STORE, SHANGRAO ACTEARLIER CO., LTD., SHOP1102928665 STORE, SHOP1102980160 STORE, SHOP1103287323 STORE, SHOP1103336634 STORE, SHOP1103352127 STORE, SHOP1103353168 STORE, SHOP1103379130 STORE, SHOP1103411029 STORE, SHOP1103413022 STORE, SHOP1103774488 STORE, SOLONG STORE, SPORTWORLD STORE, START JOURNEY STORE, TINYTOOISGO STORE, TJTECHNOLOGY STORE, TOP OUTDOOR CAMPING STORE, TOP SPORTS TECH STORE, TOP-CHOICE DROPSHIPPING STORE, TOYS WITH LOVE STORE, UNIQUE OUTDOOR SPORTING STORE, YIWU CUJU TRADE CO., LTD., YIWU FANHUA CULTURE AND SPORT CO., LTD., YIWU MUEN TRADING CO., LTD. AND YOUNGTIME SPORT STORE,

*Defendant*s

## GLOSSARY

| Term | Definition | Docket Entry Number |
|---|---|---|
| **Plaintiff or Intersell Ventures, LLC** | Intersell Ventures, LLC | N/A |
| **Defendants** | 1688 Factory Direct Store Store, 3C World AD Store, A+ Dropship Store, Ali-YY28 Store, Auto91 Store Store, Beautiful gym Store, BoFaCarry Flagship Store, Brilliant House Dropshipping Store, BTSSPORT Store, Caddys Store, Camping Adventure Store, Camping Lantern Store, Choice For Dropshipping Store, Cynwarm House Store, E New Gate Store, EPROLO Oversea Store, everyday sporting Store, Fantastic Baby, Global Dropship 3 Store, Global Made Boutique Store, Guangzhou Huandong International Trade Co., Ltd., Guizhou Lesite International Trade Co., Ltd., Hangzhou Conway Import & Export Co., Ltd., Happiness Castle Store, Highest climber Store, HOT Extreme Sporting Store, Keeping Health Sports Store, Keep-Running Dropshipping Store Store, Keep-Running Store, Little Romey Store, Nanjing Gorilla International Trade Co., Ltd., Outdoor Dropshippings Store, Outdoor Enjoying Store, Outdoor Sportworld Store, Outdoor-Sport Fitness Store, ProOutdoor Store, Shangrao Actearlier Co., Ltd., Shop1102928665 Store, Shop1102980160 Store, Shop1103287323 Store, Shop1103336634 Store, Shop1103352127 Store, Shop1103353168 Store, Shop1103379130 Store, Shop1103411029 Store, Shop1103413022 Store, Shop1103774488 Store, Solong Store, Sportworld Store, Start Journey Store, TinyTooISGo Store, tjTechnology Store, TOP Outdoor Camping Store, Top Sports Tech Store, Top-Choice Dropshipping Store, Toys with love Store, Unique Outdoor Sporting Store, Yiwu Cuju Trade Co., Ltd., Yiwu Fanhua Culture And Sport Co., Ltd., Yiwu Muen Trading Co., Ltd. and Youngtime Sport Store | N/A |
| **Defaulting Defendants** | 1688 Factory Direct Store Store, 3C World AD Store, A+ Dropship Store, Ali-YY28 Store, Auto91 Store Store, Beautiful gym Store, BoFaCarry Flagship Store, Brilliant House Dropshipping Store, BTSSPORT Store, Caddys Store, Camping Adventure Store, Camping Lantern Store, Choice For Dropshipping Store, Cynwarm House Store, E New Gate Store, EPROLO Oversea Store, everyday sporting Store, Fantastic Baby, Global Dropship 3 Store, | N/A |

| | | |
|---|---|---|
| | Global Made Boutique Store, Guangzhou Huandong International Trade Co., Ltd., Guizhou Lesite International Trade Co., Ltd., Hangzhou Conway Import & Export Co., Ltd., Happiness Castle Store, Highest climber Store, HOT Extreme Sporting Store, Keeping Health Sports Store, Keep-Running Dropshipping Store Store, Keep-Running Store, Little Romey Store, Outdoor Dropshippings Store, Outdoor Enjoying Store, Outdoor Sportworld Store, Outdoor-Sport Fitness Store, ProOutdoor Store, Shop1102928665 Store, Shop1102980160 Store, Shop1103287323 Store, Shop1103336634 Store, Shop1103352127 Store, Shop1103353168 Store, Shop1103379130 Store, Shop1103411029 Store, Shop1103413022 Store, Shop1103774488 Store, Solong Store, Sportworld Store, Start Journey Store, TinyTooISGo Store, tjTechnology Store, TOP Outdoor Camping Store, Top Sports Tech Store, Top-Choice Dropshipping Store, Toys with love Store, Unique Outdoor Sporting Store, Yiwu Cuju Trade Co., Ltd., Yiwu Fanhua Culture And Sport Co., Ltd., Yiwu Muen Trading Co., Ltd. and Youngtime Sport Store | |
| **Alibaba** | Alibaba.com Singapore E-Commerce Pte. Ltd. and/or any other entity that owns and/or operates the Alibaba.com online marketplace platform, which allows manufacturers, wholesalers and other third-party merchants, like Defendants, to advertise, offer for sale, sell, distribute and ship their wholesale and retail products originating from China directly to consumers across the world and specifically to consumers residing in the U.S., including New York | N/A |
| **AliExpress** | AliExpress E-Commerce One Pte., Ltd. and/or any other entity that owns and/or operates the AliExpress.com online marketplace platform, which allows manufacturers, wholesalers and other third-party merchants, like Defendants, to advertise, offer for sale, sell, distribute and ship their wholesale and retail products originating from China directly to consumers across the world and specifically to consumers residing in the U.S., including New York | N/A |
| **Sealing Order** | Order to Seal File entered on January 14, 2025 | 1 |
| **Complaint** | Plaintiff's Complaint filed on January 15, 2025 | 8 |
| **Epstein Drangel** | Epstein Drangel LLP, counsel for Plaintiff | N/A |
| **New York Address** | 244 Madison Ave, Suite 411, New York, New York 10016 | N/A |
| **Application** | Plaintiff's *ex parte* Application for: 1) a temporary restraining order; 2) an order restraining Merchant | 12, 15-17 |

| | | |
|---|---|---|
| | Storefronts (as defined *infra*) and Defendants' Assets (as defined *infra*) with the Financial Institutions (as defined *infra*); 3) an order to show cause why a preliminary injunction should not issue; 4) an order authorizing bifurcated and alternative service and 5) an order authorizing expedited discovery filed on January 15, 2025 | |
| **Dhirmalani Dec.** | Declaration of Anand Dhirmalani in Support of Plaintiff's Application | 17 |
| **Nastasi Dec.** | Declaration of Gabriela N. Nastasi in Support of Plaintiff's Application | 16 |
| **TRO** | 1) Temporary Restraining Order; 2) Order Restraining Merchant Storefronts and Defendants' Assets with the Financial Institutions; 3) Order to Show Cause Why a Preliminary Injunction Should Not Issue; 4) Order Authorizing Bifurcated and Alternative Service; and 5) Order Authorizing Expedited Discovery entered on January 16, 2025 | 18 |
| **PI Order** | The Preliminary Injunction Order entered on February 12, 2025 | 21 |
| **KickerBall Products** | A line of unique soccer balls that use aerodynamic materials and special patent-pending paneling to allow players, ranging from children to adults, to perform trick shots including bending, curving and swerving the ball with ease | N/A |
| **KickerBall Registration** | U.S. Trademark Registration No. 5,474,665 for "KICKERBALL" for a variety of goods in Class 28 | N/A |
| **KickerBall Application** | U.S. Trademark Serial Application No. 98/456,400 for "  " for a variety of goods in Class 28 | N/A |
| **KickerBall Marks** | The marks covered by the KickerBall Registration and KickerBall Application | N/A |
| **Counterfeit Products** | Products bearing or used in connection with the KickerBall Marks, and/or products in packaging and/or containing labels bearing the KickerBall Marks, and/or bearing or used in connection with marks that are confusingly similar to the KickerBall Marks and/or products that are identical or confusingly similar to the KickerBall Products | N/A |
| **Infringing Listings** | Defendants' listings for Counterfeit Products | N/A |
| **User Accounts** | Any and all websites and any and all accounts with online marketplace platforms such as Alibaba and/or AliExpress, as well as any and all as yet undiscovered accounts with additional online marketplace platforms held by or associated with Defendants, their respective officers, employees, agents, servants and all persons in active concert or participation with any of them | N/A |

| | | |
|---|---|---|
| **Merchant Storefronts** | Any and all User Accounts through which Defendants, their respective officers, employees, agents, servants and all persons in active concert or participation with any of them operate storefronts to manufacture, import, export, advertise, market, promote, distribute, display, offer for sale, sell and/or otherwise deal in Counterfeit Products, which are held by or associated with Defendants, their respective officers, employees, agents, servants and all persons in active concert or participation with any of them | N/A |
| **Defendants' Assets** | Any and all money, securities or other property or assets of Defendants (whether said assets are located in the U.S. or abroad) | N/A |
| **Defendants' Financial Accounts** | Any and all financial accounts associated with or utilized by any Defendants or any Defendants' User Accounts or Merchant Storefront(s) (whether said account is located in the U.S. or abroad) | N/A |
| **Financial Institutions** | PayPal Inc. ("PayPal"), Payoneer Inc. ("Payoneer"), the Alibaba Group d/b/a Alibaba.com payment services (e.g., Alipay.com Co., Ltd., Ant Financial Services Group), PingPong Global Solutions, Inc. ("PingPong") and Airwallex (Hong Kong) Limited ("Airwallex") | N/A |
| **Third Party Service Providers** | Online marketplace platforms, including, without limitation, Alibaba and/or AliExpress, as well as any and all as yet undiscovered online marketplace platforms and/or entities through which Defendants, their respective officers, employees, agents, servants and all persons in active concert or participation with any of them manufacture, import, export, advertise, market, promote, distribute, make, use, offer for sale, sell and/or otherwise deal in Counterfeit Products which are hereinafter identified as a result of any order entered in this action, or otherwise | N/A |
| **Plaintiff's Motion for Default Judgment** | Plaintiff's Motion for Default Judgment and a Permanent Injunction Against Defaulting Defendants filed on August 14, 2026 | TBD |
| **Levine Aff.** | Affidavit by Melissa J. Levine in Support of Plaintiff's Motion for Default Judgment | TBD |

This matter comes before the Court by motion filed by Plaintiff for the entry of final judgment and permanent injunction by default against Defendants for Defendants' trademark infringement, trademark counterfeiting, false designation of origin, passing off and unfair competition and related state and common law claims arising out of Defendants' unauthorized use of Plaintiff's KickerBall Marks without limitation, in their manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying or offering for sale and/or selling and/or sale of Counterfeit Products.[1]

The Court, having considered the Memorandum of Law and Affidavit of Melissa J. Levine in support of Plaintiff's Motion for Default Judgment and a Permanent Injunction Against Defaulting Defendants, the Certificates of Service of the Summons and Complaint, the Certificate of the Clerk of the Court stating that no answer has been filed in the instant action, and upon all other pleadings and papers on file in this action, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

## I. Defaulting Defendants' Liability

1) ORDERED, ADJUDGED AND DECREED that judgment is granted in favor of Plaintiff as to the First and Second Cause of Action pleaded in the Complaint (trademark counterfeiting and trademark infringement).

## II. Damages Awards

1) IT IS FURTHER ORDERED, ADJUDGED AND DECREED that because it would serve the compensatory and punitive purposes of the Lanham Act's prohibitions on trademark counterfeiting and infringement and because Plaintiff has sufficiently set forth the basis for the

[1] Where a defined term is referenced herein and not defined herein, the defined term should be understood as it is defined in the Glossary.

statutory damages requested in its Motion for Default Judgment, the Court awards Plaintiff Fifty Thousand U.S. Dollars ($50,000.00) in statutory damages against each of the fifty-nine (59) Defaulting Defendants pursuant to 15 U.S.C. § 1117(c), as well as post-judgment interest at the statutory rate set forth in 28 U.S.C. § 1961(a).

## III. Permanent Injunction

1) IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that Defaulting Defendants, their respective officers, agents, servants, employees and all persons acting in concert with or under the direction of Defaulting Defendants who receive actual notice of this Order are permanently enjoined and restrained from engaging in any of the following acts or omissions:

A. manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying, offering for sale, selling and/or otherwise dealing in Counterfeit Products or any other products bearing the KickerBall Marks and/or marks that are confusingly or substantially similar to, identical to and constitute a counterfeiting and/or infringement of the KickerBall Marks;

B. operation of Defaulting Defendants' User Accounts and Merchant Storefronts, including, without limitation, continued operation of Defaulting Defendants' User Accounts and Merchant Storefronts in violation of this Order;

C. directly or indirectly infringing in any manner Plaintiff's KickerBall Marks;

D. using any reproduction, counterfeit, copy or colorable imitation of Plaintiff's KickerBall Marks to identify any goods or services not authorized by Plaintiff;

E. using Plaintiff's KickerBall Marks, or any other marks that are confusingly or substantially similar to the KickerBall Marks on or in connection with manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying, offering for sale, selling and/or otherwise dealing in the Counterfeit Products;

F. using any false designation of origin or false description, or engaging in any action which is likely to cause confusion, cause mistake and/or to deceive members of the trade and/or the public as to the affiliation, connection or association of any product manufactured, imported, exported, advertised, marketed, promoted, distributed, displayed, offered for sale or sold by Defaulting Defendants with Plaintiff, and/or as to the origin, sponsorship or approval of any product manufactured, imported, exported, advertised, marketed, promoted, distributed, displayed, offered for sale or sold by Defaulting Defendants and Defaulting Defendants' commercial activities by Plaintiff;

G. secreting, concealing, destroying, altering, selling off, transferring or otherwise disposing of and/or dealing with: (i) Counterfeit Products; (ii) any computer files, data, business records, documents or any other records or evidence relating to their User Accounts, Merchant Storefronts or Defaulting Defendants' Assets and the manufacture, importation, exportation, advertising, marketing, promotion, distribution, display, offering for sale and/or sale of Counterfeit Products; and

H. effecting assignments or transfers, forming new entities or associations, or creating and/or utilizing any other platform, User Accounts, Merchant Storefronts or any other means of importation, exportation, advertising, marketing, promotion, distribution, display, offering for sale and/or sale of Counterfeit Products for the purposes of circumventing or otherwise avoiding the prohibitions set forth in this Order.

2) IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defaulting Defendants must deliver up for destruction to Plaintiff any and all Counterfeit Products and any and all packaging, labels, tags, advertising and promotional materials and any other materials in the possession, custody or control of Defaulting Defendants that infringe any of Plaintiff's

trademarks or other rights including, without limitation, the KickerBall Marks, or bear any marks that are confusingly or substantially similar to the KickerBall Marks pursuant to 15 U.S.C. § 1118.

3) IT IS FURTHER ORDERED ADJUDGED AND DECREED that the Defaulting Defendants and all persons in active concert and participation with them who receive actual notice of this Order, including the Third Party Service Providers and Financial Institutions who satisfy those requirements and are identified in this Order, are permanently enjoined and restrained from:

   A. secreting, concealing, transferring, disposing of, withdrawing, encumbering or paying Defaulting Defendants' Assets from or to Defaulting Defendants' Financial Accounts.

4) IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defaulting Defendants and all persons in active concert and participation with them who receive actual notice of this Order, including the Third Party Service Providers who satisfy those requirements, are permanently enjoined and restrained from:

   A. operation of Defaulting Defendants' User Accounts and Defaulting Defendants' Merchant Storefronts, including, without limitation, continued operation of Defaulting Defendants' User Accounts and Merchant Storefronts; and

   B. instructing, aiding or abetting Defaulting Defendants and/or any other person or business entity in engaging in any of the activities referred to in subparagraphs III(1)(A) through III(1)(H) above.

**IV. <u>Dissolution of Rule 62(a) Stay</u>**

1) IT IS FURTHER ORDERED, as sufficient cause has been shown, the 30-day automatic stay on enforcing Plaintiff's judgment, pursuant to Fed. R. Civ. Pro. 62(a) is hereby dissolved.

## V. <u>Miscellaneous Relief</u>

1) Defaulting Defendants may, upon proper showing and two (2) business days written notice to the Court and Plaintiff's counsel, appear and move for dissolution or modification of the provisions of this Order;

2) Any failure by Defaulting Defendants to comply with the terms of this Order shall be deemed contempt of Court, subjecting Defaulting Defendants to contempt remedies to be determined by the Court, including fines and seizure of property;

3) The Court releases the Five Thousand U.S. Dollar ($5,000.00) security bond that Plaintiff submitted in connection with this action to counsel for Plaintiff, Epstein Drangel, LLP, 6 East 45th Street, 7th Floor, New York, NY 10017; and

4) This Court shall retain jurisdiction over this matter and the parties in order to construe and enforce this Order.

The Clerk of Court is respectfully directed to close ECF No. 44 and to close this case.

**SO ORDERED.**

SIGNED this 11th day of September, 2026

HON. DALE E. HO
UNITED STATES DISTRICT JUDGE