UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Intersell Ventures LLC,

Plaintiffs,

v.

1688 Factory Direct Store et al.,

Defendants.

25-CV-408 (DEH)

ORDER

DALE E. HO, United States District Judge:

In light of the Final Default Judgment and Permanent Injunction Order entered on September 11, 2026, ECF No. 51, the Clerk of Court is respectfully directed to close ECF No. 44 and to close this case.

SO ORDERED.

Dated: September 24, 2026
New York, New York

DALE E. HO
United States District Judge